**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alberto Lopez, ) | No. CV-05-2417-PHX-DGC (MEA) |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Joseph M. Arpaio ) | |
| Defendant. ) | |

Pending before the Court are Plaintiff Alberto Lopez's complaint pursuant to 42 U.S.C. § 1983 and United States Magistrate Judge Mark E. Aspey's Report and Recommendation ("R&R"). Docs. ##1, 6. The R&R recommends that the Court dismiss the complaint without prejudice.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the complaint without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed.

R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Mark E. Aspey's R&R (Doc. #6) is **accepted**.

2. Plaintiff's complaint is **dismissed without prejudice**.

3. The Clerk of Court shall **terminate** this action.

DATED this 19th day of April, 2006.

*[signature: Daniel G. Campbell]*

David G. Campbell
United States District Judge

- 2 -